**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| MARIA ARENAS, individually, | * | |
| | * | |
| Plaintiff, | * | |
| | * | CIVIL ACTION FILE |
| v. | * | No. 5:16-cv-1203-XR |
| | * | |
| JOHN CALHOUN, in his individual | * | |
| capacity, | * | |
| | * | |
| Defendant. | * | |

## NOTICE OF MANUAL FILING

Please take notice that on December 5, 2017, Defendant John Calhoun, through the undersigned counsel, has mailed to the Court the following electronic recordings for manual filing:

(1) DVD of a video recording from a camera in Dormitory J1 at Smith State Prison, which is Attachment 1 to the Affidavit of John Calhoun (Doc. 34-1).

(2) DVD of a video recording dated December 7, 2014 from a hand-held camera, which is Attachment 2 to the Affidavit of John Calhoun (Doc. 34-1).

These recordings cannot be filed electronically because the DVDs cannot be converted to electronic format. The video recordings are being filed in connection with the Affidavit of John Calhoun (Doc. 34-1), which is in support of Defendant's Motion for Summary Judgment. (Doc. 34).

Respectfully submitted, this 5th day of December, 2017.

CHRISTOPHER M. CARR 112505
Attorney General

KATHLEEN M. PACIOUS 558555
Deputy Attorney General

ROGER CHALMERS 118720
Senior Assistant Attorney General

*/s/ Ellen Cusimano*
ELLEN CUSIMANO 844964
Assistant Attorney General
*Pro Hac Vice*

Please serve:
Ellen Cusimano
Assistant Attorney General
Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, GA 30334-1300
(404) 657-4355
ecusimano@law.ga.gov

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I have, on this day, served the foregoing **NOTICE OF MANUAL**

**FILING** with the Clerk of Court using the CM/ECF system which will automatically send email

notification of such filing to the following attorneys of record:

Jeff Edwards
Scott Medlock
David James
The Edwards Law Firm
The Haehnel Building
1101 E. 11th Street
Austin, TX 78702

This 5th day of December, 2017.

*/s/ Ellen Cusimano*

ELLEN CUSIMANO          844964
Assistant Attorney General
*Pro Hac Vice*
