IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARIA ARENAS, individually, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No.: 5:16-cv-1203 |
| JOHN CALHOUN, in his individual capacity. | § | JURY |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S ALTERNATIVE DISPUTE RESOLUTION REPORT**

Plaintiff files this alternative dispute resolution report pursuant to Western District Local Rule CV-88.

The person responsible for settlement negotiations for Plaintiff is Jeff Edwards. Plaintiffs timely made a settlement demand. Counsel for the parties have discussed the demand.

Plaintiff believes mediation is an appropriate ADR method for this case, and believes mediation would have a chance to be successful if ordered by the Court. Defendant is opposed to ADR at this time.

Dated: December 28, 2017.

Respectfully submitted,

**EDWARDS LAW**
1101 East Eleventh Street
Austin, Texas 78702
Tel.  (512) 623-7727
Fax. (512) 623-7729

By      /s/ Jeff Edwards
         JEFF EDWARDS
         State Bar No. 24014406
         jeff@edwards-law.com
         SCOTT MEDLOCK
         State Bar No. 24044783
         scott@edwards-law.com
         DAVID JAMES
         State Bar No. 24092572
         david@edwards-law.com
         MIKE SINGLEY
         State Bar No. 00794642
         mike@edwards-law.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing all attorneys of record.

*/s/ Jeff Edwards*
Jeff Edwards

## CERTIFICATE OF CONFERENCE

When the parties mistakenly believed that mediation had to occur prior to trial, the parties agreed to mediate and set a date. Upon further review of the local rules, the parties concluded mediation was not mandatory without a court order. While Plaintiff believes mediation would be beneficial, Defendant Calhoun is now opposed to mediation, at least at this time. Plaintiff's counsel conferred with Defendant's counsel prior to the filing of this report.

*/s/ Jeff Edwards*
Jeff Edwards