

# GEORGIA DEPARTMENT OF CORRECTIONS
## STATE OF GEORGIA

Incident Report



Nathan Deal
*Governor*

Gregory C. Dozier
*Commissioner*

### Incident Detail

| | |
|---|---|
| Facility: | SMITH STATE PRISON |
| Military Time: | 12/07/2014 22:50 |
| Number: | 165839 |
| Incident Location: | CELL |
| Did incident result in serious injury? | |
| Nature of Incident: | DEATH, SUICIDE |
| Wireless Devices Found: | 0 |
| Incident Video Taped By: | OFFICER CALHOUN AND SERGEANT MITCHELL |
| Use Of Force: | NO |
| Type of Force Used: | |
| Offender Weapon: | |
| Weapon Description: | |
| Does this incident involve contraband? | |
| Reporting Official: | MARVIN DICKSON LIEUTENANT |
| Entered Date: | 12/09/2014 |

### Staff Involved

| Name | Scribe ID# | Race | Gender | Use Of Force | Type Of Force | Equipment | Directly Involved/ |
|---|---|---|---|---|---|---|---|
| CALHOUN, JOHN | 1063464 | WHITE | MALE | NO | | NO | DIRECTLY INVOLVED |
| DICKSON, MARVIN | 1030254 | BLACK | MALE | NO | | NO | DIRECTLY INVOLVED |
| HAAS, ADAM | 1068684 | WHITE | MALE | NO | | NO | DIRECTLY INVOLVED |
| MCLEAN, MARY | 1047800 | WHITE | FEMALE | NO | | NO | DIRECTLY INVOLVED |

| Name | ID | Race | Sex | | | Involvement |
|---|---|---|---|---|---|---|
| MITCHELL, GARY L | 1058700 | WHITE | MALE | NO | NO | DIRECTLY INVOLVED |
| RITCHIE, SHERRY A | 1021629 | WHITE | FEMALE | NO | NO | DIRECTLY INVOLVED |
| SHELBY, MARK | 1048056 | BLACK | MALE | NO | NO | DIRECTLY INVOLVED |
| VOLCY, MICHELLE N | 1070987 | BLACK | FEMALE | NO | NO | DIRECTLY INVOLVED |

Date Reviewed by Warden: 12/09/2014





# GEORGIA DEPARTMENT OF CORRECTIONS
## STATE OF GEORGIA

Nathan Deal
*Governor*

Supplemental Report

Gregory C. Dozier
*Commissioner*

| | |
|---|---|
| Facility: | SMITH STATE PRISON |
| Military Time: | 12/07/2014 22:50 |
| Number: | 165839 |

| | |
|---|---|
| Incident Video Taped By: | OFFICER CALHOUN AND SERGEANT MITCHELL |
| Property Damaged: | NO |
| Damage Amount: | 0 |
| Damage Description: | - |
| Chemical Incident: | NO |
| Fire: | NO |
| Facility Mechanical Breakdown: | NO |
| Reporting Official: | MARVIN DICKSON LIEUTENANT |
| Entered Date: | 12/09/2014 |

Summary of Incident:

Entered Date: 12/09/2014

On Sunday December 7, 2014 at approximately 2250 hours, J1 Officer John Calhoun notified me, Lieutenant Marvin Dickson via radio that he had an inmate attempting to hang himself in J1 cell 124 assigned to Inmate Tavera, Richard GDC 1000979202. All available units responded. I, Lieutenant Marvin Dickson acquired two Use of Force cameras and one MK46. Upon my arrival to J1 dorm cell 124 I, Lieutenant Dickson, observed inmate Tavera, Richard GDC 1000979202 hanging from the cell water sprinkler with one end of a state issued sheet wrapped around his neck and the opposite end tied to the water sprinkler. At this time I instructed Officer Calhoun to open the cell door of J1-124. Officer Calhoun complied. At this time Sergeant Mark Shelby and I, Lieutenant Dickson, entered the J1-124. Upon approaching inmate Tavera I, Lieutenant Dickson, wrapped my left and right arms and hands on the upper part of inmate Tavera body. Sergeant Shelby wrapped his left and right arms and hands around the lower abdomen of inmate Tavera. At this time, Officer Adam Haas removed the state sheet from around the inmate Tavera neck. Inmate Tavera was then placed on the floor where Sergeant Mark Shelby performed chest compressions in attempt to revive inmate Tavera. Officer Michelle Volcy then delivered the AED to Sergeant Shelby. At 2300 hours, Lieutenant Mitchell utilized the AED in attempt to revive inmate Tavera. I, Lieutenant

Dickson, then instructed Main Control Officer Shavonta Jackson, to call Duty Officer Eric Smokes at approximately 2303 hours. At this time, Duty Officer Smokes instructed me, Lieutenant Dickson, to call the EMS. At 2305 hours, Tattnall EMS was contacted. At 2306 hours, Tattnall EMS was in route to Smith State Prison. At 2307 hours I, Lieutenant Dickson, notified Warden Stanley Williams. At 2325 hours, EMS arrived at Smith State Prison and was escorted by Sergeant Sherry Ritchie to J1-124. At 2327 hours, Warden Stanley Williams arrived at the institution and reported to J1 dormitory. At 2339 hours, Tattnall County Coroner Bobby Brannen arrived at Smith State Prison and was escorted by Sergeant Ritchie to J1. At 0001 hours, the corner pronounced Inmate Tavera deceased at 0006 hours, Warden Williams notified Internal Affairs. At 0029 hours, Internal Affairs John Moore entered the institution and reported to J1 dormitory. At 0034 hours, Deputy Warden of Care and Treatment Mrs. Angie Henry entered the institution and reported to J1 dormitory. At 0041 hours, Internal Affairs Mark Smith arrived at the institution and reported to J1 dormitory. At 0045 hours, Mrs. Henry notified Health Services Administrator Mrs. Phyllis Allen. At 0056 hours, EMS exited the institution with inmate Tavera in route to Evans Memorial Hospital. At 0419 hours, Internal Affairs departed Smith State Prison. At 0423 hours, Duty Officer Mr. Smokes notified the Communication Center as instructed by Warden Stanley Williams. Officer Calhoun and Sergeant Shelby operated the video cameras. Four copies of the video footage taken by the camera and J1 security cameras were obtained as evidence. A chain of custody was established. End of statement.

**Warden's Comments**

Forward to Internal Affairs for further investigation. All necessary contact were made.

### Staff Involved

| Name | Injured? | Adverse Action Taken? | Equipment Type | Equipment Reason | Equipment Serial No | Equipment Cert Date | Amo Type | Reviewed Video |
|---|---|---|---|---|---|---|---|---|
| CALHOUN, JOHN | NO | NO | - | - | - | - | - | NO |

**Comments:** On the 7 December 2014 at 2250 while making my rounds. I observed Inmate Tavera, Richard GDC#1000979202 J-1 124B attempting to hang himself by wrapping his bed sheet around the water sprinkler above his bed and the enter end wrapped around his neck. I instructed him to stop. I attempted to call four times over the radio that I had an attempted suicide before. Lieutenant Dickson arrived at 2258. Sergeant Shelby arrived at 2300, Officer Haas arrived at 2301. I operated the camera for J-1 124 entry. I then assisted in removing the bed sheet from around his neck and then placed him on the floor of his cell before going back to operating the J-1 camera. I remained operating the camera until I was relived by Sergeant Shelby. End of statement.

| Name | Injured? | Adverse Action Taken? | Equipment Type | Equipment Reason | Equipment Serial No | Equipment Cert Date | Amo Type | Reviewed Video |
|---|---|---|---|---|---|---|---|---|
| DICKSON, MARVIN | NO | NO | - | - | - | - | - | NO |

**Comments:** See incident summary for my statement.

| Name | Injured? | Adverse Action Taken? | Equipment Type | Equipment Reason | Equipment Serial No | Equipment Cert Date | Amo Type | Reviewed Video |
|---|---|---|---|---|---|---|---|---|
| HAAS, ADAM | NO | NO | - | - | - | - | - | NO |

Comments: On the above date and time, Officer Calhoun called an attempted suicide code on the radio. AT 2301 I arrived in J1 dorm and assisted Lieutenant Dickson, Sergeant Shelby, and Officer Calhoun in taking a sheet from around the inmate neck. I the assisted the inmate to the floor. At 2312 Lieutenant Mitchell and myself switched out in performing CPR chest compressions on the inmate until medical personnel arrived. End of statement.

| Name | Injured? | Adverse Action Taken? | Equipment Type | Equipment Reason | Equipment Serial No | Equipment Cert Date | Amo Type | Reviewed Video |
|---|---|---|---|---|---|---|---|---|
| MCLEAN, MARY | NO | NO | - | - | - | - | - | NO |

Comments: I Officer Mary Roach heard Officer J. Calhon called inmate hanging himself at 2250. Calhoun waited 30 seconds and called again no one answered he call again so I called Main control. Lieutenant Dickson and Main Control answered at some time 2257. Lieutenant Dickson entered at 2258. Lieutenant Dickson called for Main Control to call EMS, Warden Williams and the Duty Officer (Duty Officer) Sergeant Shelby entered at 2300. Lieutenant Mitchell 2305. 2317 EMS entered with Sergeant Ritchie 2315 Warden Williams, Mr. Brannen entered at 2340 hours. Duty Officer Smokes 0004 entered. Mr. Moore entered 0028.

| Name | Injured? | Adverse Action Taken? | Equipment Type | Equipment Reason | Equipment Serial No | Equipment Cert Date | Amo Type | Reviewed Video |
|---|---|---|---|---|---|---|---|---|
| MITCHELL, GARY L | NO | NO | - | - | - | - | - | NO |

Comments: At approximately 2248 hours on 12-7-14 I responded to J-1 dormitory to assist with a possible suicide. When I arrived Sergeant Shelby and Officer Haas were doing CPR on Inmate Tavera, Richard GDC#1000979202. I relieved Officer Haas who was giving chest compression. The defibulator was attached and gave instructions to continue with chest compressions and breaths. I continued giving chest compressions until relieved by Officer Haas. I operated a video camera until relieved by Officer Haas after paramedics arrived. End of statement.

| Name | Injured? | Adverse Action Taken? | Equipment Type | Equipment Reason | Equipment Serial No | Equipment Cert Date | Amo Type | Reviewed Video |
|---|---|---|---|---|---|---|---|---|
| RITCHIE, SHERRY A | NO | NO | - | - | - | - | - | NO |

Comments: On 12-07-2014 at 2311 hours, I Sergeant Ritchie Portal Security escorted 02 paramedics inside institution to J1 dormitory on 12-07-2014 at 2339 hours. Coroner Bobby Brannen arrived. I processed Brannen in and escorted him in to J1 dormitory.
On 12-08-2014 at 0025 hours, Internal Affair Mr. John Moore arrived and processed in. I escorted Mr. Moore to J1 dormitory.
On 12-08-2014 at 0040 hours Internal Affairs Mr Mark Smith arrived. I processed Mr. Smith in and escorted him to J1 dormitory.

| Name | Injured? | Adverse Action Taken? | Equipment Type | Equipment Reason | Equipment Serial No | Equipment Cert Date | Amo Type | Reviewed Video |
|---|---|---|---|---|---|---|---|---|
| SHELBY, MARK | NO | NO | - | - | - | - | - | NO |

Comments: On December 7th 2014 at approximately 2300 I Sergeant Shelby was making rounds in H2 Dorm when I heard radio traffic from J1 dorm Officer stating It was an attempting suicide in J1. I immediately went to J1 and was directed to cell 124. I looked through the cell window and I saw Inmate Tavera, Richard GDC#100979202 with a sheet around his neck hanging from the

sprinkler knob in the cell. I shouted several times Hay, Hay to get the inmate to respond but he didn't Lieutenant Dickson entered the dorm and instructed the dorm officer to open the cell. Once the cell was opened I helped get the inmate down from the noose and placed him on the floor. I then began giving CPR to the inmate. Once available I also deployed the defibulator device and gave rescue breaths until EMS arrived. Additionally I maintained the camera when I was available. End of statement.

| Name | Injured? | Adverse Action Taken? | Equipment Type | Equipment Reason | Equipment Serial No | Equipment Cert Date | Amo Type | Reviewed Video |
|---|---|---|---|---|---|---|---|---|
| VOLCY, MICHELLE N | NO | NO | - | - | - | - | - | NO |

Comments: At approximately 2300 hours on the time and date listed above I retrieved the AED from main control and took it to J1 dormitory for use. I delivered the AED to Sergeant Shelby and departed the dormitory.

Was this Incident forwarded for investigation?   NO

Date Reviewed by Warden:   12/09/2014