# GEORGIA DEPARTMENT OF CORRECTIONS
## CRIMINAL INVESTIGATIONS UNIT
### SWORN STATEMENT

| Location of Interview | Date | Time | Case Number |
|---|---|---|---|
| Smith State Prison | 12-8-14 | 0250 | |

| Last Name, First Name, Middle Name | Employee Number | EF/UNO |
|---|---|---|
| Calhoun, John, Matthew | 00992360 | |

I, John Calhoun, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH

On the 7 December 2014, After taking over as J-1 dorm officer at 1820 up till my last round at 2229, I had very limited communications with inmate Tavera, Richard GDC #1000979202 J-1 124B except when I asked him if he was alright and he said yes. Other than that, he stayed quiet and sat on the back of his bed. At 2250 while making my rounds, I observed inmate Tavera, Richard attempting to hang himself by wrapping one end of his bedsheet around the water sprinkler above his bed and the other end wrapped around his neck. I instructed him to stop. I attempted to call four times over the radio that I had an attempted suicide before LT Dickson arrived at 2258, SGT Shelby arrived at 2300. Ofc. Haas arrived at 2301. I operated the camera for J-1 124 entry. I then assisted in removing the bedsheet from around his neck and then placed him on the floor of his cell before going back to operating the J-1 camera. I reassumed the role as camera operator until I was relieved by SGT Shelby. End of Statement

### AFFIDAVIT

I, _____ HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE ____. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

Subscribed and sworn to before me, a person authorized by law to administer oaths, this ____ day of _____, 20____.

(Signature of Person Making Statement) JM.C COI

(Signature of Person Administering Oath) _____

My Notary Commission Expires _____

INITIALS OF PERSON MAKING STATEMENT: JMC

PAGE 1 OF 1 PAGES

IIU Form #7
08/01/05