| CE:<br>th State Prison | DATE<br>12-8-14 | TIME<br>0100 | FILE NUMBER |
|---|---|---|---|
| T NAME, FIRST NAME, MIDDLE NAME.<br>Calhoun, John, Matthew | EMPLOYEE ID NO:<br>00992360 | | STATE SERIAL NO. |

TITUTION OR ADDRESS:  SMITH STATE PRISON P.O. BOX 726, GLENNVILLE, GEORGIA 30427

SWORN STATEMENT

John Calhoun , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

n the 7 December 2014, at 2250 while making my rounds. I observed
mate Tavera Richard GDC#1000979202 J-1 1248 attempting to hang himself
y wrapping his bed sheet around the water sprinkler above his bed and the other
d wrapped around his neck. I instructed him to stop. I attempted to call
ur times over the radio that I had an attempted suicide before LT. Dickson
rrived at 2258. SGT Shelby arrived at 2300. Ofc Haas arrived at 2301.
operated the camera for J-1 124 entry. I then assisted in removing the
edsheet from around his neck and then placed him on the floor of his
ell before going back to operating the J-1 camera. I remained operating
the camera until I was relieved by SGT Shelby. End of statement

JMC
JMC JMC
JMC

| INITIALS OF PERSON MAKING STATEMENT<br>JMC | PAGE 1 OF 1 PAGES |
|---|---|

IBIT

ITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF __ TAKEN AT __ DATED __ CONTINUED AT BOTTOM OF EACH
ITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED PAGE __ OF __ PAGES." WHEN
ITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE INCLUDED ON THE REVERSE
OF ANOTHER COPY OF THIS FORM.