ATTACHMENT 3
SOP IIB05-0001
5/15/05

# WITNESS STATEMENT

| PLACE | DATE | TIME Hours | FILE NUMBER |
|---|---|---|---|
| Smith State Prison | 12/8/2014 | 2250 Hours | |

| LAST NAME, FIRST NAME, MIDDLE | EMPLOYEE ID NUMBER | STATE SERIAL NO. |
|---|---|---|
| Dickson, Marvin | 00850867 | |

INSTITUTION OR ADDRESS
SMITH STATE PRISON

## SWORN STATEMENT

I, __Lt. Marvin Dickson__ WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On Sunday December 7, 2014 at approximately 2250 hours, J1 Officer John Calhoun notified me, Lieutenant Marvin Dickson via radio that he had an inmate attempting to hang himself in J1 cell 124 assigned to Inmate Tavera, Richard GDC 1000979202. All available units responded. I, Lt. Marvin Dickson acquired two Use of Force cameras and one MK46. Upon my arrival to J1 dorm cell 124 I, Lieutenant Dickson, observed inmate Tavera, Richard GDC 1000979202 hanging from the cell's water sprinkler with one end of a state issued sheet wrapped around his neck and the opposite end tied to the water sprinkler. At this time I instructed Officer Calhoun to open the cell door of J1-124. Officer Calhoun complied. At this time Sergeant Mark Shelby and I, Lieutenant Dickson, entered the J1-124. Upon approaching inmate Tavera I, Lieutenant Dickson, wrapped my left and right arms and hands on the upper part of inmate Tavera's body. Sergeant Shelby wrapped his left and right arms and hands around the lower abdomen of inmate Tavera. At this time, Officer Adam Haas removed the state sheet from around the inmate Tavera's neck. Inmate Tavera was then placed on the floor where Sergeant Mark Shelby performed chest compressions in attempt to revive inmate Tavera. Officer Michelle Voley then delivered the AED to Sergeant Shelby. At 2300 hours, Lieutenant Mitchell utilized the AED in attempt to revive inmate Tavera. I, Lieutenant Dickson, then instructed Main Control Officer Shavonta Jackson, to call Duty Officer Eric Smokes at approximately 2303 hours. At this time, Duty Officer Smokes instructed me, Lieutenant Dickson, to call the EMS. At 2305 hours, Tattnall EMS was contacted. At 2306 hours, Tattnall EMS was in route to Smith State Prison. At 2307 hours I, Lieutenant Dickson, notified Warden Stanley Williams. At 2325 hours, EMS arrived at Smith State Prison and was escorted by Sergeant Sherry Ritchie to J1-124. At 2327 hours, Warden Stanley Williams arrived at the institution and reported to J1 dormitory. At 2339 hours, Tattnall County Coroner Bobby Brannen arrived at Smith State Prison and was escorted by Sergeant Ritchie to J1. At 0001 hours, the corner pronounced Inmate Tavera deceased at 0006 hours. Warden Williams notified Internal Affairs. At 0029 hours, Internal Affairs John Moore entered the institution and reported to J1 dormitory. At 0034 hours, Deputy Warden of Care and Treatment Mrs. Angie Henry entered the institution and reported to J1 dormitory. At 0041 hours, Internal Affairs Mark Smith arrived at the institution and reported to J1 dormitory. At 0045 hours, Mrs. Henry notified Health Services Administrator Mrs. Phyllis Allen. At 0056 hours, EMS exited the institution with inmate Tavera in route to Evans Memorial Hospital. At 0419 hours, Internal Affairs departed Smith State Prison. At 0423 hours, Duty Officer Mr. Smokes notified the Communication Center as instructed by Warden Stanley Williams. Officer Calhoun and Sergeant Shelby operated the video cameras. Four copies of the video footage taken by the camera and J1 security cameras were obtained as evidence. A chain of custody was established. End of statement.

Lieutenant Marvin Dickson

| | INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF ____ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)