# WITNESS STATEMENT

| PLACE: | DATE | TIME | FILE NUMBER |
|---|---|---|---|
| Smith State Prison | 12/07/2014 | 2250 | |

| LAST NAME, FIRST NAME, MIDDLE NAME | EMPLOYEE ID NO. | STATE SERIAL NO. |
|---|---|---|
| Roach Mary | 00803508 | |

INSTITUTION OR ADDRESS: SMITH STATE PRISON P.O. BOX 726, GLENNVILLE, GEORGIA 30427

## SWORN STATEMENT

I, Mary Roach COI, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

I Officer Mary Roach heard officer J. Calhoun called inmate hanging himself at 2250. Calhoun waited 30 seconds and called again no one answered he call again so I called main control Lt Dickson and Main Control answered at same time 2257. LT Dickson entered at 2258. LT Dickson called for main control to call EMS, Warden Williams and the D.O. (Duty Officer). Sgt Shelby entered at 2300. LT Mitchell 2305. 2317 EMS entered with Sgt Richie 2315 Warden Williams, Mr. Brannan entered at 2340. Duty Officer Smokes 0004 entered. Mr. Moore (CI) entered 0028.

INITIALS OF PERSON MAKING STATEMENT: MR

PAGE 1 OF 1 PAGES