# WITNESS STATEMENT

| PLACE: Smith State Prison | DATE: 12-8-2014 | TIME: 0305 | FILE NUMBER: |
|---|---|---|---|
| LAST NAME, FIRST NAME, MIDDLE NAME: Shelby, Mark | EMPLOYEE ID NO.: 00930317 | | STATE SERIAL NO.: |

INSTITUTION OR ADDRESS: SMITH STATE PRISON P.O. BOX 726, GLENNVILLE, GEORGIA 30427

## SWORN STATEMENT

I, Sgt Shelby, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On December 7th 2014 at approximately 2300 I Sgt Shelby was making rounds in A2 Dorm when I heard radio traffic from J1 dorm officer stating it was an attempted suicide in J1. I immediately went to J1 and was directed to cell 124. I looked through the cell window and I saw Inmate Taverra, Richard GDC# 1000979202 with a sheet around his neck hanging from the sprinkler knob in the cell. I shouted several times "Hay, Hay" to get the inmate to respond, but he didn't. Lieutenant Dickson entered the Dorm and instructed the dorm officer to open the cell. Once the cell was opened I helped get the inmate down from the noose and placed him on the floor. I then began giving CPR to the inmate. Once available I also deployed the Defibulator device and gave rescue breaths until EMS arrived. Additionally I maintained the camera when I was available. End of statement.

INITIALS OF PERSON MAKING STATEMENT: MS

PAGE 1 OF 1 PAGES

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF __ TAKEN AT __ DATED __ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE __ OF __ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.