IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARIA ARENAS, individually, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No.: 5:16-cv-1203 |
| JOHN CALHOUN, in his individual capacity. | § | JURY |
| | § | |
| Defendant. | § | |

**ORDER ON PLAINTIFF'S MOTION TO STRIKE**

On this day the Court considered Plaintiff's Motion to Strike, any response, all replies, all argument of counsel, all evidence presented, and all applicable law. The Court hereby GRANTS Plaintiff's motion in its entirety. Exhibit A to Defendant's Reply in Support of Motion for Summary Judgment, Docket entry 44-1, is hereby STRICKEN. The evidence shall not be considered by the Court for Defendant's pending motion for summary judgment.

SO ORDERED.


Dated: _____.




_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE