IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARIA ARENAS, individually, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No.: 5:16-cv-1203 |
| JOHN CALHOUN, in his individual capacity. | § | |
| | § | |
| Defendants. | § | |

## ORDER ON PLAINTIFF'S MOTION TO RECONSIDER ORDER GRANTING SUMMARY JUDGMENT

On this day the Court considered *Plaintiff's Motion To Reconsider Order Granting Summary Judgment*, any response, all replies, all argument of counsel, all evidence presented, and all applicable law. The Court hereby **GRANTS** Plaintiff's motion in its entirety. The Court's order, Doc. 49, entered on February 13, 2018 is hereby WITHDRAWN. The Court hereby DENIES Defendant Calhoun's Motion for Summary Judgment in its entirety.

Dated: _____.

_____
UNITED STATES DISTRICT JUDGE