IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| MARIA ARENAS, individually, § § | |
| Plaintiff, § § § § | |
| v. § § § § | Civil Action No.: 5:16-cv-1203 |
| JOHN CALHOUN, in his individual capacity. § § § § | JURY |
| Defendants. § § | |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Maria Arenas, respectfully gives notice of appeal and hereby appeals to the United States Court of Appeals for the Fifth Circuit. Plaintiff appeals from the District Court's Final Judgment dated February 13, 2018 and all Orders culminating in the Final Judgment dated February 13, 2018. *See* Doc. 49.

        Respectfully submitted,

        **EDWARDS LAW**
        1101 East Eleventh Street
        Austin, Texas 78702
        Tel. (512) 623-7727
        Fax. (512) 623-7729

By    /s/ Jeff Edwards

JEFF EDWARDS

State Bar No. 24014406

jeff@edwards-law.com

SCOTT MEDLOCK

State Bar No. 24044783

scott@edwards-law.com

DAVID JAMES
State Bar No. 24092572

david@edwards-law.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing all attorneys of record.

>/s/ *Scott Medlock*
>
>SCOTT MEDLOCK